MAE FLEMING, Respondent, v WILLIE M. DAVIS, Appellant.

Submitted March 3, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RACHEL FULMER, Appellant, v MICHAEL BUXEN-
BAUM, JR., Respondent.

Submitted March 10, 2014; decided April 8, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 860 (2014)].

LANCASTER DEVELOPMENT, INC., et al., Appellants, v JOAN MC-
DONALD, as Commissioner of Transportation, et al., Respon-
dents.

Submitted February 18, 2014; decided April 8, 2014

Motion by the National Black Chamber of Commerce, Inc. et al. for leave to file an affidavit amici curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.